**United States Bankruptcy Court**
**Eastern District of Virginia**
Norfolk Division
600 Granby St., Room 400
Norfolk, VA 23510

                    **Case Number** 10−73195−SCS
                    **Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Leonilo O. Gloria | Jacinta T. Gloria |
| 3817 Middleham Drive | 3817 Middleham Drive |
| Virginia Beach, VA 23456 | Virginia Beach, VA 23456 |

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−4194                        Joint Debtor: xxx−xx−3214

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA                                      Joint Debtor: NA

**NOTICE OF DISMISSAL OF CASE**

Notice is hereby given that an order was entered on October 15, 2010 dismissing the above−captioned case.

Dated:   October 15, 2010                             For the Court,

[VAN015vDec2009.jsp]                                   William C. Redden, Clerk
                                                                     United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0422-8          User: gibbsl              Page 1 of 2              Date Rcvd: Oct 15, 2010
Case: 10-73195                Form ID: VAN015           Total Noticed: 39
```

The following entities were noticed by first class mail on Oct 17, 2010.
```
db/jdb     +Leonilo O. Gloria,    Jacinta T. Gloria,    3817 Middleham Drive,    Virginia Beach, VA 23456-5755
cr          Airline Financial Corp.,    c/o Deborah S. Kirkpatrick, Esq.,    P.O. Box 10275,
             Virginia Beach, VA  23450-0275
cr         +George & Edna Paulmino,    1120 Brattleboro Arch,    Virginia Beach, VA 23464-5833
9810624    +Airline Finance Corporation,    1201 Airline Blvd.,    Portsmouth, VA 23707-4009
9852223    +Airline Financial Corp.,    1201 Airline Blvd.,    Portsmouth, VA 23707-4009
9810627    +Amsher Collection,    600 Beacon Pkwy W Ste 30,    Birmingham, AL 35209-3120
9810631    +Bank of America Home Loans,    Customer Service,    P.O. Box 5170,    Simi Valley, CA 93062-5170
9810632   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
           (address filed with court: CACH LLC,    370 17th Street, Ste. 5000,    Denver, CO 80202-0000)
9810634    +CitiFinancial,    550 C Oyster Point Road,    Newport News, VA 23602-6013
9810635    +City of Virginia Beach,    Office of the Treasurer,    2401 Courthouse Drive,
             Virginia Beach, VA 23456-9120
9810637    +George B. & Edna F. Paulmino,    c/o Charles D. Pittman, Jr.,    712 Hillingdon Court,
             Virginia Beach, VA 23462-6455
9810638    +Indymac-Hls,    One National City,    Kalamazoo, MI 49009-8003
9810639    +Land'Or International,    4050 Innslake Drive, Ste. 204,    Glen Allen, VA 23060-3327
9810640    +Lease Financial Groupl,    233 N Michigan Ave Ste 1,    Chicago, IL 60601-5502
9810642    +Nationwide Ins,    300 Continental Dr,    Newark, DE 19713-4399
9810643    +Onewest Bank,    6900 Beatrice Dr,    Kalamazoo, MI 49009-9559
9848225    +PRA Receivables Management LLC,    As Agent Of Portfolio Recovery Assocs,    POB 41067,
             Norfolk VA 23541-1067
9810645   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
           (address filed with court: Toyota Motor Credit Co,    3957 Westerre Pkwy Ste 3,
             Richmond, VA 23233-0000)
9810646    +US Bank Home Mortgage,    P.O. Box 2005,    Owensboro, KY 42302
```

The following entities were noticed by electronic transmission on Oct 16, 2010.
```
cr         +EDI: RECOVERYCORP.COM Oct 15 2010 22:18:00      Recovery Management Systems Corporation,
             25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
9810625    +EDI: ALLIANCEONE.COM Oct 15 2010 22:08:00      Alliance One Receivables Manag,    4850 Street Road,
             Suite 300,    Feasterville Trevose, PA 19053-6643
9810626     EDI: AMEREXPR.COM Oct 15 2010 22:08:00      American Express,    P.O. Box 650448,
             Dallas, TX 75265-0448
9825193     EDI: AIS.COM Oct 15 2010 22:13:00      American Infosource Lp As Agent for,
             T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
9810629    +EDI: BANKAMER2.COM Oct 15 2010 22:08:00      Bank Of America,    Po Box 17054,
             Wilmington, DE 19850-7054
9810630    +EDI: BANKAMER2.COM Oct 15 2010 22:08:00      Bank Of America,    Po Box 15311,
             Wilmington, DE 19884-0001
9810628     EDI: BANKAMER2.COM Oct 15 2010 22:08:00      Bank of America,    PO Box 9001092,
             Louisville, KY 40290-1092
9845020    +EDI: CAUT.COM Oct 15 2010 22:18:00      CHASE AUTO FINANCE,    201 N CENTRAL AVE,    AZ1-1191,
             PHOENIX, AZ 85004-0073
9810633    +EDI: CAUT.COM Oct 15 2010 22:18:00      Chase Auto,    14800 Frye Road,    Fort Worth, TX 76155-2732
9810636     EDI: DISCOVER.COM Oct 15 2010 22:08:00      Discover Financial Services,    P.O. Box 3008,
             New Albany, OH 43054-0000
9818239     EDI: DISCOVER.COM Oct 15 2010 22:08:00      Discover Bank,    Dfs Services LLC,    PO Box 3025,
             New Albany, OH  43054-3025
9947046    +EDI: BANKAMER.COM Oct 15 2010 22:08:00      Fia Card Services, NA As Successor In Interest to,
             Bank of America NA and Mbna America Bank,    1000 Samoset Drive,    DE5-023-03-03,
             Newark, DE 19713-6000
9810641     EDI: MID8.COM Oct 15 2010 22:18:00      Midland Credit Management,    8875  Aero Dr., St. 200,
             San Diego, CA 92123-0000
9837942    +EDI: MID8.COM Oct 15 2010 22:18:00      Midland Credit Management, Inc.,
             8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
9848225    +EDI: PRA.COM Oct 15 2010 22:13:00      PRA Receivables Management LLC,
             As Agent Of Portfolio Recovery Assocs,    POB 41067,    Norfolk VA 23541-1067
9859832     EDI: RECOVERYCORP.COM Oct 15 2010 22:18:00      Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
9810644    +EDI: SEARS.COM Oct 15 2010 22:08:00      Sears/CBSD,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
9891159     EDI: TFSR.COM Oct 15 2010 22:08:00      Toyota Motor Credit Corporation,    500 Redbrook Blvd.,
             Owings Mills, MD 21117
9810647     EDI: FUNB.COM Oct 15 2010 22:13:00      Wachovia Bank, N.A.,    P.O. Box 96074,
             Charlotte, NC 28296-0074
9898378     EDI: WFFC.COM Oct 15 2010 22:13:00      Wells Fargo Bank, N.A.,    Home Equity Group,
             X2303-01A - 1 Home Campus,    Des Moines, IA 50328-0001
9810648    +EDI: WFFC.COM Oct 15 2010 22:13:00      Wells Fargo, N.A.,    P.O. Box 4233,
             Portland, OR 97208-4233
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 17, 2010**                                    **Signature:**   _/s/ Joseph Speetjens_